# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2522 Disciplinary Docket No. 3 |
| | : | |
| JOSEPH B. AGUGLIA, II | : | No. 78 & 111 DB 2018 |
| | : | |
| | : | Attorney Registration No. 94516 |
| | : | |
| | : | (Erie County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2018, upon consideration of the Certificate of Admission of Disability by Attorney, Joseph B. Aguglia, II, is immediately transferred to inactive status for an indefinite period and until further Order of the Court. *See* Pa.R.D.E. 301(e). He shall comply with all the provisions of Pa.R.D.E. 217.

    All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.